UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. CR 16 - 0533 RS |
| | ) | |
| *Plaintiff,* | ) | STIPULATED ORDER EXCLUDING TIME |
| v. | ) | UNDER THE SPEEDY TRIAL ACT |
| Waldo Hernandez Rodriguez | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

For the reasons stated by the parties on the record on  Dec. 22 , 2016, the Court excludes time under the
Speedy Trial Act from  Dec 22 , 2016 to  January 24 , 2017 and finds that the ends of justice
served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18
U.S.C. § 3161(h)(7)(A).  The Court makes this finding and bases this continuance on the following factor(s):

_____ Failure to grant a continuance would be likely to result in a miscarriage of justice.
*See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____ The case is so unusual or so complex, due to *[check applicable reasons]* _____ the number of
defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
itself within the time limits established by this section.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
counsel's other scheduled case commitments, taking into account the exercise of due diligence.
*See* 18 U.S.C. § 3161(h)(7)(B)(iv).

__✓__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time
necessary for effective preparation, taking into account the exercise of due diligence.
*See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED:  12-22-16

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

STIPULATED: _____          _____
Attorney for Defendant                         Assistant United States Attorney