1   ERIN M. CRANE
    Attorney at Law (CSBN 145661)
2   819 Eddy Street
    San Francisco, California 94109
3   Tel:  (415) 412-8728
    Erincrane@sbcglobal.net
4

5   Attorney for Defendant
    WALDO HERNANDEZ RODRIGUEZ
6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN  DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12
                              --o0o--
13
    UNITED STATES OF AMERICA,          )
14                                      )          CR 16-00533 RS
                      Plaintiff,        )
15                                      )      **STIPULATION AND**
                                        )      **[PROPOSE D] ORDER**
16          vs.                         )      **CONTINUING DATE**
                                        )      **FOR SENTENCING**
17  WALDO HERNANDEZ RODRIGUEZ,          )
                                        )
18                    Defendant.        )
                                        )
19  _____)

20          WALDO HERNANDEZ RODRIGUEZ by and through his counsel, Erin Crane, and

21  Assistant United States Attorney Andrew Dawson, hereby stipulate that sentencing in this matter

    be continued from February 14, 2017 to February 21, 2017, based upon:
22
            1.  Erin Crane, counsel for defendant, requires additional time to interview Mr. Hernandez
23
    Rodriguez with the assistance of a Spanish-speaking interpreter and prepare a sentencing brief in
24
    this matter.
25
            2.  The parties stipulate and agree that this matter should be continued from February 14,
26
    2017 to February 21, 2017 for sentencing.
27

28

    STIPULATION AND [proposed] ORDER CONTINUING DATE FOR SENTENCING

1    DATED: February 10, 2017       /s/_____

2                                               Erin Crane
Attorney for Defendant

3                                               Waldo Hernandez Rodriguez

4

5    DATED: February 10, 2017       /s/_____

6                                               Andrew Dawson
Assistant United States Attorney

7

8    SO ORDERED: 2/10/17

9

10                                               HON. RICHARD SEEBORG

11                                           United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28